IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JERMAINE GREENE,

      Appellant,

v.                                                              Case No.  5D22-1857
                                                               LT Case No. 2009-CF-001781-A

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed November 1, 2022

3.800 Appeal from the Circuit Court
for Lake County,
G. Richard Singeltary, Judge.

Jermaine Greene, Tavares, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.  *See Banks v. State*, 211 So. 3d 1104 (Fla. 5th DCA
2017).


WALLIS, EDWARDS and HARRIS, JJ., concur.